*Handwritten note top right: Verdict returned 7.18.19 2:05 pm*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN B. SULLIVAN,            )
                               )
          Plaintiff,           ) CIVIL ACTION NO.
                               ) 16-10713-DPW
v.                             )
                               )
DUMONT,                        )
                               )
          Defendant.           )

## VERDICT

1. Has Dumont demonstrated it is more likely than not that the parties agreed Dumont would deduct Maria White's wages and benefits from Mr. Sullivan's compensation?

   **(ANSWER "YES" OR "NO")**    NO.

2. Which, if any, of the following categories of flights has Mr. Sullivan demonstrated were more likely than not subject to the parties' Employment Agreement?

   **(ANSWER SEPARATELY "YES" OR "NO" AS TO EACH CATEGORY)**

   A. Flights booked by the Lyon's Sales Dept.    yes.

   B. Dry Lease Flights    yes.

   C. Owner Charter Flights    NO.

   D. Charter flights booked outside the Dumont Sales Dept.    yes.

   E. Post-Employment Flights    yes.

7/18/19
DATE

Debora F Dunham
FOREPERSON