Could you please Clarify
What types of flights are
included on Question 2, Letter D?
" Charter flights booked outside the
Dumont Sales Dept ? "

Jury Exhibit # 1
Recd 11:50 am
7·18·19