Could you please clarify what types of flights are included on Question 2, Letter D? "Charter flights booked outside the Dumont Sales Dept?"

Ladies & Gentlemen of the Jury

A further definition is that these flights are all those flights, other than Lyon booked flights, booked by persons not at that time part of the Dumont Sales Department.

Douglas P. Woodlock
United States District Judge

Jury Exhibit #2
submitted to
Jury at 12:20 pm