UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN B. SULLIVAN<br>Plaintiff,<br><br>v.<br><br>DUMONT AIRCRAFT CHARTER, LLC,<br>DUMONT AVIATION, LLC, and<br>KEVIN WARGO,<br>Defendants. | CIVIL ACTION NO. 16-10713-DPW<br><br>**JURY DEMAND** |

**JOINT STIPULATION ON DAMAGES**

In the event of a liability verdict in favor of Plaintiff as to the claims identified below, the Parties while reserving all of their available rights, claims, and defenses for trial, hereby stipulate as to the following facts regarding all of the commission damages claimed by Plaintiff:[1]

**Count I: Wage Act**

1. The total amount of the commissions that would be due to Plaintiff on his claim that he was paid at the rate of 66 2/3% of flight charges rather than 75% of flight charges for the time period of November 4, 2015 through December 31, 2015 is $2,502.95.

2. The total sales department flight charges for the time period of January 1, 2016 through February 16, 2016 are $728,518.98, such that the commission on these charges is $16,391.68.

3. The Parties agree that the amount of the deduction for the wages and benefits for Maria White included in Dumont's calculation of Plaintiff's commissions was $12,500.

---

[1] This stipulation does not include any damages under Count II alleging a violation of the FLSA.

4. Lyon Flight Charges

    a. The Lyon flight charges for the time period of November 4, 2015 through December 31, 2015 were $1,344,046.11.

    b. The Lyon flight charges for the time period of January 1, 2016 through February 16, 2016 were $1,330.915.43.

5. Dry Lease Flight Charges

    a. Dry lease flight charges for the time period of November 4, 2015 through February 16, 2016 were $136,060.

6. Charter Flights By Owners[2]

    a. The amounts recorded by Dumont on Owner Statements for charter flights by owners on other owners' aircraft for the time period of November 4, 2015 through February 16, 2016 total $566,475.

7. Flights Booked Outside of the Sales Department

    a. Flights booked outside of the sales department for the time period of November 4, 2015 through February 16, 2016 total $268,074.28.

8. Flights booked during Plaintiff's employment which flew after his separation from employment resulted in flight charges of $297,900.00.

**Count III: Breach of Contract**

1. The total flight charges for the Cook aircraft for the time period of November 4, 2015 through August 22, 2017 were $4,028,977.09. If the Court or jury determines that Plaintiff was entitled to commissions on the Cook aircraft after the termination of his employment, the commissions are $186,149.12 (calculated as 5% of the total flight

---

[2] This category excludes owners use of their own aircraft.

2

charges, less amounts already paid to Plaintiff on the Cook aircraft).

        Respectfully submitted,

        PLAINTIFF JUSTIN SULLIVAN
        By his attorneys,


        ___/s/ Andrea Haas_____
        Joseph L. Sulman, BBO #663635
        Andrea L. Haas, BBO #671844
        Law Office of Joseph L. Sulman
        391 Totten Pond Rd., Suite 402
        Waltham, MA 02451
        (617) 521-8600
        jsulman@sulmanlaw.com
        ahaas@sulmanlaw.com

        DEFENDANTS DUMONT AIRCRAFT
        CHARTER, LLC, DUMONT AVIATION, LLC,
        and KEVIN WARGO,
        By their attorneys,

        __/s/ Jim Hunt_____
        Christine R. Fitzgerald
        BBO #637906
        Belcher Fitzgerald LLP
        Two Oliver Street, Suite 302
        Boston, Massachusetts 02110
        Telephone: (617) 368-6890
        cfitzgerald@belcherfitzgerald.com

        Joseph Martin, *pro hac vice*
        Martin Law Firm, LLC
        10000 Sagemore Drive, Suite 10203
        Marlton, NJ 08053
        Telephone: (856) 888-7020
        Email: jmartin@martinlawfirm.us

        James T. Hunt, *pro hac vice*
        Tenaglia & Hunt, P.A.
        395 West Passaic Street, Suite 205
        Rochelle Park, NJ 07662
        Telephone: (201) 820-6003
        jhunt@tenagliahunt.com

Dated: June 27, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that I served this document on counsel for all Defendants by ECF on June 27, 2019.

               /s/ Andrea L. Haas
               Andrea L. Haas