UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUSTIN B. SULLIVAN,                )
                                   )
            Plaintiff,             )   CIVIL ACTION NO.
                                   )   16-10713-DPW
v.                                 )
                                   )
DUMONT,                            )
                                   )
            Defendant.             )

## VERDICT

1. Has Dumont demonstrated it is more likely than not that the parties agreed Dumont would deduct Maria White's wages and benefits from Mr. Sullivan's compensation?

    **(ANSWER "YES" OR "NO")**   __NO__.

2. Which, if any, of the following categories of flights has Mr. Sullivan demonstrated were more likely than not subject to the parties' Employment Agreement?

    **(ANSWER SEPARATELY "YES" OR "NO" AS TO EACH CATEGORY)**

    A. Flights booked by the Lyon's Sales Dept.   __yes__.

    B. Dry Lease Flights   __yes__.

    C. Owner Charter Flights   __NO__.

    D. Charter flights booked outside the Dumont Sales Dept.   __yes__.

    E. Post-Employment Flights   __yes__.

__7/18/19__
DATE

__Debora F Dunham__
FOREPERSON